**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ADAM HAWTHORNE,

                                      Plaintiffs,

   v.

MACKENZIE BENNINGTON, et al.,

                                      Defendants.

3:16-cv-0235-RCJ-CLB

**ORDER**

        Plaintiff has requested an extension of time up to 45 days after the law library opens to respond to the motion for summary judgment (ECF No. 106).  The court will not grant an unspecified extension of time but will **GRANT** plaintiff an additional 60 days to file an opposition to defendants' motion.  Therefore, plaintiff shall file a response to defendants' motion for summary judgment on or before **Monday, April 19, 2021**.  Given the extraordinary length of this extension, no further extensions of time will be granted.

        **DATED:**  February 1, 2021.

_____

**UNITED STATES MAGISTRATE JUDGE**