AARON D. FORD
 Attorney General
ROST C. OLSEN, Bar No. 14410
 Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, NV  89701-4717
Tel:  (775) 684-1209
E-mail:  rolsen@ag.nv.gov

*Attorneys for Defendants*
*Mackenzie Bennington and Whitney Bennington*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ADAM HAWTHORNE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MACKENZIE BENNINGTON, et al.,<br><br>　　　　　Defendant. | Case No.  3:16-cv-00235-RCJ-CLB<br><br>**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br>**(First Request)** |

Defendants, Mackenzie Bennington and Whitney Bennington, by and through counsel Aaron D. Ford, Attorney General of the State of Nevada, and Rost C. Olsen, Deputy Attorney General, move this Court for a short 14-day extension of time to file a reply in support of their Motion for Summary Judgment (ECF No. 101).

Federal Rule of Civil Procedure 6(b)(1)(A) permits the Court to extend a deadline before its expiration, either upon a motion or *sua sponte*, upon a showing of good cause.

Here, the notice of electronic service accompanying Plaintiff's Opposition to the Motion for Summary Judgment (ECF No. 113) indicates reply briefs are due April 22, 2021. However, the Undersigned is in the midst of preparing for multi-day jury trial beginning April 20, 2021, and anticipates it continuing until at least April 23, 2021. *See, generally,* Decl. of Counsel.

/ / /

/ / /

1

Accordingly, Undersigned submits there is good cause for an extension, and respectfully requests the reply brief deadline be extended until **Thursday, May 6, 2021**. Defendants seek this extension in good faith and not to cause any undue delay or any other improper purpose.

DATED this 12th day of April, 2021.

> AARON D. FORD
> Attorney General
>
> By: _____
> ROST C. OLSEN, Bar No. 14410
> Deputy Attorney General
>
> *Attorneys for Defendant*

IT IS SO ORDERED.

Dated: April 13, 2021

_____
UNITED STATES MAGISTRATE JUDGE

2

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 12th day of April, 2021, I caused to be served a copy of the foregoing, **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT (First Request),** by U.S. District Court CM/CEF Electronic Filing on:

Adam Hawthorne, #67761
C/O NNCC Law Librarian
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, NV 89702
lawlibrary@doc.nv.gov

*/s/ Campbell Hall*
An employee of the
Office of the Attorney General

3

# EXHIBIT A

## Declaration of Counsel

# EXHIBIT A

AARON D. FORD
 Attorney General
ROST C. OLSEN, Bar No. 14410
 Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, NV  89701-4717
Tel:  (775) 684-1209
E-mail:  rolsen@ag.nv.gov

*Attorneys for Defendants*
*Mackenzie Bennington and Whitney Bennington*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ADAM HAWTHORNE,<br><br>                  Plaintiff,<br><br>v.<br><br>MACKENZIE BENNINGTON, et al.,<br><br>                  Defendant. | Case No.  3:16-cv-00235-RCJ-CLB<br><br>**DECLARATION OF COUNSEL** |

I, Rost C. Olsen, declare the following:

1. I am an attorney licensed to practice in the State of Nevada, and am admitted to the bar of the United States District Court for the District of Nevada;

2. I am employed as a Deputy Attorney General with the Office of the Nevada Attorney General, and am the counsel of record for the Defendants in the above-captioned matter;

3. I am over the age of 18, and am otherwise fully competent to testify to the facts contained in this declaration;

4. The statements contained in this declaration, except where otherwise indicated to be upon information and belief, are based on my personal knowledge;

/ / /

/ / /

/ / /

1

5. I am preparing for a jury trial in a matter other than the one captioned above beginning April 20, 2021, and I anticipate it continuing through at least April 23, 2021;

6. Accordingly, I seek a two week extension, until May 6, 2021, to prepare a reply brief in support of the Motion for Summary Judgment filed in the above-captioned matter;

7. This extension is sought in good faith, and not to cause an undue delay or for any other improper purpose.

Pursuant to 28 U.S.C. § 1746, Declarant certifies, under penalty of perjury, that the foregoing is true and correct.

Executed this 12th day of April, 2021 in Sparks, Nevada.

*/s/ Rost C. Olsen*
Rost C. Olsen